IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTONIO LEVON TURRENTINE,      )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:17CV100
                               )
LOPEZ, et al.,                 )
                               )
          Defendants.          )

## ORDER

On December 31, 2019, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 49, 50.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Motion to Set Aside Entry of Default filed by Defendants Lopez, Inv. J. Valle, and Inv. Honeycutt, (Doc. 36), is **GRANTED** and that the Partial Entry of Default, (Doc. 30), is **SET ASIDE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Judgment by Default, (Doc. 32), is **DENIED**.

This the 22nd day of January, 2020.

                      /s/ William L. Osteen, Jr.
                      United States District Judge