IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTONIO LEVON TURRENTINE,        )
                                 )
            Plaintiff,           )
                                 )
    v.                           )            1:17CV100
                                 )
LOPEZ, et al.,                   )
                                 )
            Defendants).         )

## ORDER

On March 22, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 81, 82.) Plaintiff filed a document which the Court construes as an objection to the Recommendation. (See Doc 83.) The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.

Therefore, the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's letter document, docketed as a "Motion to Reopen Case" and construed as a motion for relief under Federal Civil Procedure Rule 60(b) (Doc. 80), is **DENIED**.

This the 26th day of September, 2022.

　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　United States District Judge